UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUARDIAN FLIGHT LLC and MED-TRANS CORPORATION<br><br>Plaintiffs,<br>v.<br><br>HEALTH CARE SERVICE CORPORATION<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:23-CV-01861-B<br>Hon. Jane J. Boyle<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Guardian Flight, LLC ("Guardian") and Med-Trans Corporation ("Med-Trans," collectively "Plaintiffs"), appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment rendered on May 30, 2024 (Dkt. 16) and from all orders and decisions encompassed therein, including without limitation the Order granting Defendant's motions to dismiss (Dkt. 15).

| | |
|---|---|
| Dated:  June 21, 2024 | NORTON ROSE FULBRIGHT US LLP<br><br>*/s/ Adam T. Schramek*<br>Adam T. Schramek, Lead Counsel<br>Texas Bar No. 24033045<br>Federal ID: 431403<br>98 San Jacinto Boulevard<br>Suite 1100<br>Austin, TX  78701-4255<br>Telephone:     (512) 474-5201<br>Facsimile:      (512) 536-4598<br>adam.schramek@nortonrosefulbright.com<br><br>Abraham Chang<br>Texas Bar No. 24102827<br>Federal ID: 3831625<br>Dewey J. Gonsoulin III<br>Texas Bar No. 24131337<br>Federal ID: 3805035<br>1550 Lamar St., Suite 2000<br>Houston, TX  77010-3095<br>Telephone:     (713) 651-5151<br>Facsimile:      (713) 651-5246<br>abraham.chang@nortonrosefulbright.com<br>dewey.gonsoulin@nortonrosefulbright.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Adam T. Schramek*
Adam T. Schramek